**Michael S. GORBEY, Appellant**

v.

**UNITED STATES of America, et al., Appellees.**

**No. 08–5195.**

United States Court of Appeals, District of Columbia Circuit.

Feb. 6, 2009.

Michael S. Gorbey, Lewisburg, PA, pro se.

Warden, Washington, DC, for Appellant.

BEFORE: SENTELLE, Chief Judge, and RANDOLPH and ROGERS, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplement thereto filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 22, 2008, 2008 WL 2156973, be affirmed. The district court correctly dismissed without prejudice appellant's conspiracy complaint, because the complaint contained only conclusory and unsubstantiated allegations of conspiratorial conduct. *See, e.g., Barr v. Clinton,* 370 F.3d 1196 (D.C.Cir.2004). Moreover, appellant's damages claims are barred by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) (criminal defendant may not recover damages under § 1983 for harm caused by

actions whose unlawfulness would render conviction or sentence invalid unless conviction or sentence has been invalidated in another proceeding). *See Williams v. Hill,* 74 F.3d 1339 (D.C.Cir.1996) (applying *Heck* to actions against federal officials). Notably, the district court's dismissal was without prejudice to refiling should appellant ever meet the requirements of *Heck.*

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.